In the Matter of BROOKLYN UNION GAS COMPANY, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued April 10, 1947; decided May 22, 1947.

*Charles E. Murphy, Corporation Counsel (Isaac C. Donner, Seymour B. Quel* and *Gertrude Herschler* of counsel), for appellant.

*Jackson A. Dykman, Sigourney B. Olney* and *Milo F. McDonald, Jr.,* for respondent.

APPEAL dismissed, without costs, on the ground that the order appealed from does not finally determine a special proceeding within the meaning of the Constitution (see *Matter of N. Y. State Elec. Corp.* v. *Public Service Comm.,* 260 N. Y. 32, 34). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.